UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **SACV 12-245-JFW (RNBx)**                                Date: June 6, 2012

Title:      Ernest Schroeder -v- Education Credit Management Corporation Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                       None

**PROCEEDINGS (IN CHAMBERS):**    ORDER OF DISMISSAL

    In the Notice of Settlement filed on June 6, 2012, Dkt. No. 16, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 23, 2012.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 23, 2012.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 2/23/12)