Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SCHROEDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATION CREDIT MANAGEMENT CORPORATION, INC. a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. SACV 12-245-JFW (RNBx)<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: August 3, 2012

UNITED STATES DISTRICT JUDGE

1